IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC LEE FELDER,<br>BOP ID 94537-0701,<br><br>　　Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>　　Respondent. | MOTION TO VACATE<br>28 U.S.C. § 2255<br><br><br>CRIMINAL ACTION NO.<br>1:14-CR-0095-SCJ-CMS<br><br><br>CIVIL ACTION NO.<br>1:16-CV-1026-SCJ-CMS |

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation of Magistrate Catherine M. Salinas [Doc. No. 8], to which no objections have been filed. After reviewing the Report & Recommendation, it is received with approval and **ADOPTED** as the Opinion and Order of this Court.

Accordingly, defendant Eric Lee Felder's Motion to Vacate, Set Aside, or Correct Sentence Under 28 U.S.C. § 2255 [Doc No. 7] is **DENIED WITHOUT PREJUDICE** while Defendant pursues relief in the District of South Carolina. It is further **ORDERED** that a certificate of appealability is **DENIED**.

**IT IS SO ORDERED**, this 28th day of June, 2016.

                                      s/Steve C. Jones  
                                      STEVE C. JONES  
                                      UNITED STATES DISTRICT JUDGE